THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MOLNAR, Appellant. [652 NYS2d 186] —Judgment unanimously affirmed. Memorandum: On appeal from a judgment convicting him of criminal possession of a weapon in the third degree (Penal Law § 265.02 [1]) and two counts of attempted assault in the second degree (Penal Law §§ 110.00, 120.05 [2], [7]), defendant contends that the verdict is not supported by legally sufficient evidence. That contention lacks merit. The record establishes that defendant used a pen and pencil in a menacing manner and attempted to stab an officer with the pen. Thus, we conclude that the pen and pencil constituted dangerous instruments because they were used "in a manner which render[ed them] readily capable of causing serious physical injury" (*People v Carter*, 53 NY2d 113, 116; *see also, People v White*, 167 AD2d 870, *lv denied* 77 NY2d 845). Contrary to

defendant's contention, we also conclude that the evidence is legally sufficient to satisfy the requirement of intent to cause physical injury (*see, People v Paris,* 189 AD2d 589, *lv denied* 81 NY2d 975).

We conclude that the verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495) and that the sentence is neither unduly harsh nor severe. We have examined the issues raised by defendant in his *pro se* supplemental brief and conclude that they lack merit. (Appeal from Judgment of Oneida County Court, Mulroy, J.—Criminal Possession Weapon, 3rd Degree.) Present—Denman, P. J., Green, Pine, Callahan and Boehm, JJ.